THE HONORABLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| MALDEN TRANSPORTATION, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendants. | Miscellaneous Action No. 2:18-mc-00098-RSL<br><br>[Underlying Action: No. 16-cv-12538-NMG consolidated with:<br>C.A. No. 1:16-cv-12651-NMG;<br>C.A. No. 1:17-cv-10142-NMG;<br>C.A. No. 1:17-cv-10180-NMG;<br>C.A. No. 1:17-cv-10316-NMG;<br>C.A. No. 1:17-cv-10598-NMG; and<br>C.A. No. 1:17-cv-10586-NMG (D. Mass)]<br><br>**DEFENDANT UBER TECHNOLOGIES, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>NOTE ON MOTION CALENDAR: October 26, 2018 |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and LCR 7.1(a), Defendant Uber Technologies, Inc., by its undersigned counsel, states that it is a privately held corporation with no parent companies or publicly held corporations that own 10 percent or more of its stock.

COOLEY LLP
1700 SEVENTH AVENUE, SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

Dated: October 5, 2018

Respectfully submitted,

*/s/ Jeffrey D. Lombard*

Christopher B. Durbin (41159)
Jeffrey D. Lombard (50260)
Cooley LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101-1355
Telephone: (206) 452-8700
Fax: (206) 452-8800
Email: cdurbin@cooley.com
Email: jlombard@cooley.com

Michael N. Sheetz (Not Admitted)
Adam S. Gershenson (Not Admitted)
Timothy W. Cook (Not Admitted)
Cooley LLP
500 Boylston Street
Boston, MA 02116
Tel.: (617) 937-2300
Fax: (617) 937-2400
msheetz@cooley.com
agershenson@cooley.com
tcook@cooley.com

Beatriz Mejia (Not Admitted)
Cooley LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Tel: (415) 693-2000
Fax: (415) 693-2222
mejiab@cooley.com

Attorneys for Defendants
*Uber Technologies, Inc., and Raiser, LLC*