# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| MALDEN TRANSPORTATION, INC., et al.,<br>Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.<br>Defendant. | Miscellaneous Action No. 2: 18-mc-00098-RSL<br><br>[Underlying Action: No. 16-cv-12538-NMG consolidated with:<br>C.A. No. 1:16-cv-12651-NMG;<br>C.A. No. 1:17-cv-10142-NMG;<br>C.A. No. 1:17-cv-10180-NMG;<br>C.A. No. 1:17-cv-10316-NMG;<br>C.A. No. 1:17-cv-10598-NMG; and<br>C.A. No. 1:17-cv-10586-NMG (D. Mass)]<br><br>**STIPULATION AND ORDER** |

**WHEREAS,** Uber Technologies Inc., and Raiser LLC (together, "Uber") filed a Motion to Compel Production of Documents from Third-Parties Medallion Bank and Medallion Capital (the "Motion") on October 5, 2018 (ECF 1);

**WHEREAS,** under Local Rule 7(d)(3), Medallion Bank and Medallion Capital are required to respond to the Motion by Monday, October 22;

**WHEREAS,** if a reply is required, Uber must file the reply by October 26, 2018; and

**WHEREAS**, the parties are currently engaged in negotiations with the aims of resolving and mooting the Motion, and have agreed to an extension of deadlines.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:**

1. Medallion Bank and Medallion Capital shall file their response to the Motion by October 26, 2018;

2. Uber shall file a reply, if needed, by November 2, 2018; and

3. The Motion shall be noted on November 2, 2018.

DATED: October 22, 2018

Presented by:

| WILLKIE FARR & GALLAGHER LLP | COOLEY LLP |
|---|---|
| By: _____<br>Todd. G. Cosenza (Not Admitted)<br>787 Seventh Avenue<br>New York, New York 10019<br><br>*Attorneys for Medallion Bank<br>and Medallion Capital, Inc.* | By: _____<br>Christopher B. Durbin (41159)<br>Jeffrey D. Lombard (50260)<br>1700 Seventh Avenue, Suite 1900<br>Seattle, WA 98101-1355<br>Telephone: (206) 452-8700<br>Fax: (206) 452-8800<br>Email: cdurbin@cooley.com<br>Email: jlombard@cooley.com<br><br>Michael N. Sheetz (Not Admitted)<br>Adam S. Gershenson (Not Admitted)<br>Timothy W. Cook (Not Admitted)<br>Julianne Landsvik (Not Admitted)<br>500 Boylston Street<br>Boston, MA 02116<br>Tel.: (617) 937-2300<br>Fax: (617) 937-2400<br>msheetz@cooley.com<br>agershenson@cooley.com<br>tcook@cooley.com<br><br>Beatriz Mejia (Not Admitted)<br>Cooley LLP<br>101 California Street, 5th Floor<br>San Francisco, CA 94111<br>Tel: (415) 693-2000<br>Fax: (415) 693-2222<br>mejiab@cooley.com<br>Attorneys for Defendants<br>*Uber Technologies, Inc., and Raiser,* |

IT IS SO ORDERED:

Dated this 29th day of October, 2018.

                                           Robert S. Lasnik
                                           United States District Judge