# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MALDEN TRANSPORTATION, INC., et al.,

        Plaintiffs,

v.

UBER TECHNOLOGIES, INC.,

        Defendant.

Case No. MC18-0098RSL

ORDER

This matter comes before the Court on defendant's motion to compel production of documents by non-parties in a civil action pending in the District of Massachusetts. The parties from whom discovery is sought have opposed the motion to compel. In light of the contested nature of this proceeding, the Clerk of Court is directed to give this matter a civil action number and assign it in rotation.

Dated this 31st day of October, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER